IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROBERT A. BEALER and HANNELORE BEALER<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, et al. | CIVIL ACTION<br><br>NO. 16-3181 |
|---|---|

## ORDER

And NOW, this 16th day of November 2016, for the reasons stated in the foregoing memorandum, upon consideration of Nationwide Mutual Insurance Company's Motion for Summary Judgment (ECF No. 9), Robert and Hannelore Bealer's Motion for Summary Judgment (ECF No. 10), and Nationwide's response thereto, it is hereby ORDERED that:

1. Nationwide's Motion for Summary Judgment is GRANTED.
2. The Bealers' Motion for Summary Judgment is DENIED.
3. The Complaint is dismissed with prejudice.
4. The Clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
_____
**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 16\16-3181 Bealer v Nationwide\16-3181 MSJ Order.docx

Case 2:16-cv-03181-MMB   Document 14   Filed 11/16/16   Page 2 of 2